UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SPARTA INSURANCE COMPANY,**

      **Plaintiff,**

v.                                                  **Case No: 6:20-cv-491-Orl-41DCI**

**MARIE LYNN HARRISON, WILLIAM
JOSEPH GREGORY, JR. and
PROGRESSIVE SELECT INSURANCE
COMPANY,**

      **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on the Joint Stipulation to Dismiss Action Without Prejudice (Doc. 23). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 4, 2020.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record